Ben M. Davidson (State Bar No. 181464)
Davidson Law Group, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (310) 473-2300
Fax: (310) 473-2941
ben@dlgla.com

Attorneys for Defendants, MOLLY TEA NYC INC.,
MOLLY TEA BK INC., MOLLY TEA MANHATTAN
CHINATOWN INC., AND MEI HUI LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ART OF TEA, LLC<br>            Plaintiff,<br><br>v.<br><br>MOLLY TEA NYC, INC., MOLLY TEA MANHATTAN CHINATOWN, INC., MOLLY TEA BK, INC., MEHUI LIN, SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT, CO., LTD. AND DOES 2-20<br>            Defendants | Case No. 2:25-cv-12365-ODW-BEF<br>Honorable Otis D. Wright II<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DEFENDANTS MOLLY TEA NYC, INC., MOLLY TEA MANHATTAN CHINATOWN, INC., MOLLY TEA BK, INC., AND MEI HUI LIN**<br><br>*[Concurrently filed with Memorandum of Points and Authorities; and Declarations iso Motion to Dismiss]*<br><br>Date:  July 6, 2026<br>Time:  1:30 p.m. |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Please take notice that on July 6, 2026, at 1:30 p.m.., or at another date to be set by the Court in Courtroom 5D of the above-entitled Court located at 350 W. 1st Street, Los Angeles California 90012, Defendants Molly Tea NYC Inc., Molly Tea BK Inc., Molly Tea Manhattan,  Chinatown Inc., and Mei Hui Lin ("Moving Defendants") will

///

1

and hereby do move to dismiss Plaintiff The Art of Tea, LLC's ("Plaintiff" or "Art of Tea") First Amended Complaint [Dkt 34] with prejudice pursuant to Rules 12(b)(2) of the Federal Rules of Civil Procedure.

In the alternative, Moving Defendants move to dismiss Claim 4 alleging dilution of a famous flower design mark under Rule 12(b)(6).  Further, Defendant Ms. Mei Hui Lin moves under Rule 12(b)(6) to dismiss the claims against her based on the FAC's conclusory alter ego allegations.

This motion is brought on the grounds that this Court has no personal jurisdiction over the Moving Defendants. The three moving corporate defendants are corporations that operate shops serving tea to consumers in the New York Metropolitan area.  And Ms. Lin is an individual who resides in New York.  The Moving Defendants have not purposefully directed their activities toward California, Plaintiff's claims do not arise out of any contacts by the Moving Defendants with California, and the exercise of personal jurisdiction would be unreasonable.

This motion is alternatively brought on behalf of Ms. Lin under Rule 12(b)(6) because Plaintiff's "alter ego" allegations are conclusory and insufficient to support a claim against her personally.

This motion also is brought on the grounds that Plaintiff fails to allege sufficient facts against the Moving Defendants to plausibly state a claim for dilution of a "famous" flower design mark in its "Claim 4."

The motion is based on the accompanying Memorandum of Points & Authorities, the Declarations of Mei Hui Lin and Ben M. Davidson filed concurrently herewith, all pleadings and papers on file in this action, and upon all argument and other matters that may be presented by the time of the hearing.

///

///

///

**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

This motion is based on conferences of counsel pursuant to Local Rule 7-3 which took place on April 28, 2026

Date:  May 6, 2026

Respectfully submitted,

/s/ Ben M. Davidson
Ben M. Davidson
DAVIDSON LAW GROUP, ALC
*Attorneys for DEFENDANTS, MOLLY TEA NYC INC., MOLLY TEA BK INC., MOLLY TEA MANHATTAN CHINATOWN INC., AND MEI HUI LIN*

3

**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**