UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                 JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-12365-ODW (BFMx) | Date | June 4, 2026 |
|---|---|---|---|
| Title | *The Art of Tea LLC v. Molly Tea NYC, Inc et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                         **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 44) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. Defendants' Motion to Dismiss is **DENIED AS MOOT**, (Dkt. No. 42); and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                   :          00

Initials of Preparer          SE